IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01308-PAB-MJW

UNITED STATES OF AMERICA,

            Plaintiff,

v.

2000 FORD F350 VIN 1FTSW31F7YEE14211

            Defendant.

_____

## ORDER TO VACATE SCHEDULING/PLANNING CONFERENCE
( Docket No. 9 )
_____

This matter having come before the Court on the Motion to Vacate Scheduling/Planning

Conference, and the Court being fully apprised, it is hereby ORDERED that:

1.      The Scheduling Conference currently set for August 14, 2009 at 9:30 AM is

VACATED; and

2.      A Status Report shall be filed on or before October 2, 2009.

DONE at Denver, Colorado, this 30th day of June, 2009.

                        BY THE COURT:

                        _____
                        Michael J. Watanabe
                        UNITED STATES MAGISTRATE JUDGE