IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01308-PAB-MJW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2000 FORD F350 VIN 1FTSW31F7YEE14211,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on the United States of America's motion and second motion for default judgment and final order of forfeiture [Docket Nos. 15, 39]. The United States filed a verified complaint for forfeiture *in rem* pursuant to 21 U.S.C. § 881 on June 4, 2009, seeking forfeiture of defendant property [Docket No. 1]. The United States provided notice to all known interested parties on June 25, 2009 [Docket No. 8], as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

    As of September 25, 2009, when default was entered by the Clerk of the Court, no claim, answer, or other responsive pleading had been filed regarding the defendant property [Docket No. 14]. The United States filed its first motion for default judgment [Docket No. 15] on September 29, 2009. On October 5, 2009, claimant Luis Olivas-Aguirre filed a motion for leave to file an answer out of time [Docket No. 18] and a verified statement of interest [Docket No. 21]. The Court accepted the

Recommendation of United States Magistrate Judge on February 16, 2010, denying claimant Luis Olivas-Aguirre's motion for leave to file out of time [Docket No. 38].[1] Consequently, the record contains no claims, answers, or other responsive pleadings regarding the defendant property.

Based on facts set forth in the verified complaint for forfeiture *in rem*, the Court finds by a preponderance of the evidence that there was reasonable cause supporting the seizure of defendant property pursuant to 21 U.S.C. § 881. Therefore, it is

**ORDERED** that the United States' motions for default judgment and final order of forfeiture [Docket Nos. 15, 39] are GRANTED. It is further

**ORDERED** that default judgment and forfeiture is entered in favor of plaintiff United States and against defendant 2000 Ford F350 VIN 1FTSW31F7YEE14211, including all right, title, and interest. Plaintiff United States shall have full and legal title to the defendant property and may dispose of said property in accordance with law. It is further

**ORDERED** that this default judgment and final order of forfeiture shall serve as a Certificate of Reasonable Cause under 28 U.S.C. § 2465.

DATED April 5, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

---

[1] The United States filed a second motion for default judgment and final order of forfeiture of defendant property on February 26, 2010 [Docket No. 39].